IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02473-WYD-BNB

WILLIAM WILSON,

    Plaintiff,

v.

UNITED STATES ATTORNEY;
DAVID GAOUETTE, in his Official Capacity;
KENNETH HARMON, Assistant United States Attorney, in his Official Capacity;
MICHELE KELLEY, Special Assistant United States Attorney, in her Official Capacity;
UNITED STATES POSTAL INSPECTION SERVICE, Denver Division;
WILLIAM GILLIGAN, Chief Postal Inspector, in his Official Capacity;
ANDREW JONES, Postal Inspector, in his Official Capacity; and
KENNETH HAITHCOAT, Postal Inspector, in his Official Capacity,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Unopposed Motion to Dismiss Without Prejudice (filed March 15, 2010). After a careful review of the motion, it is

ORDERED that the Unopposed Motion to Dismiss Without Prejudice is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 17, 2010

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge